UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00168 |
| | ) | JUDGE CAMPBELL |
| MARKAIL OVELL SMITH | ) | |

## ORDER

The Court is in receipt of a letter from Markail Smith (Docket No. 23) requesting the appointment of new counsel.

The Court will hold a hearing on the letter on August 11, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE